IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:     SILICA PRODUCTS
LIABILITY LITIGATION     MDL NO. 1553

*Ellzey Arthur, et al. v. Pulmosan Safety Equipment, et al.*     No. 2:04cv347
*Ronnie Parker, et al. v. Pulmosan Safety Equipment, et al.*     No. 2:04cv339

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter was brought on for hearing on the oral motion of Plaintiffs and Defendant, Schramm, Inc., to have the claims of Plaintiffs against Schramm, Inc. dismissed without prejudice. The Court having considered the motion and the agreement of the parties, finds as follows:

1. The claims of all Plaintiffs against Schramm, Inc. are dismissed without prejudice.

2. Each party is to bear its own costs and attorneys' fees.

3. Within a twelve month period of time from the date of this Order, Plaintiffs can move to amend the Complaint to re-name Schramm, Inc. as a defendant in any particular action, if the plaintiff determines that a Schramm, Inc. air compressor was used at a worksite where the plaintiff was allegedly exposed to silica dust.

4. If Schramm, Inc. is re-named as a defendant in any action, and the Plaintiff has been deposed prior to an Order being entered by the Court allowing the plaintiffs to amend the Complaint to re-name Schramm, Inc. as a defendant in said action, Schramm, Inc. will have the opportunity to re-depose that plaintiff at a mutually convenient time and place.

5.  If Schramm, Inc. is re-named as a defendant in this action, Schramm, Inc. will have no less than six months from the date it was served with an Amended Complaint re-naming Schramm, Inc. until a trial is commenced in that separate action.

IT IS FURTHER ORDERED AND ADJUDGED this the 7th day of May, 2005.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

_____
John Foxworth, Jr.
Attorney for Plaintiffs

_____
Charles R. Wilbanks, Jr.
Attorney for Schramm, Inc.